**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re: Timothy M & Machele D Slatzer    :    Case No. 13-50898
                                                                             Chapter 13
              Debtors.    :    Judge Caldwell

## **CHANGE OF ADDRESS**

The Debtors, by and through counsel, hereby notifies this Court and the Trustee that their new address is 124 Kraner Street, Pataskala, OH 43062.

                                      Respectfully submitted,

                                      /s/Christopher Gallutia_____
                                      Christopher Gallutia (0011775)
                                      Attorney for Debtor
                                      7668 Slate Ridge Blvd
                                      Reynoldsburg, OH 43068
                                      (614) 575-1145 phone
                                      (614) 755-4977 fax
                                      gallutia@yahoo.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing Change of Address was sent, by regular U.S. mail, postage prepaid, this 24th day of October, 2016 to the U.S. Trustee, 170 North High Street, #200, Columbus, OH 43215 and Mr. Frank M. Pees, Chapter 13 Trustee, 130 E Wilson Bridge Rd, Suite 200, Worthington, OH 43085.

                                      /s/Christopher Gallutia_____
                                      Christopher Gallutia (011775)
                                      Attorney for Debtor